

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00790-CV

SENRICK WILKERSON, Appellant

V.

RAMSEY 1 UNIT, Appellee

Appeal from the 412th District Court of Brazoria County (Tr. Ct. No. 78470-I)

**TO THE 412TH DISTRICT COURT OF BRAZORIA COUNTY, GREETINGS:**

Before this Court, on the 21st day of April, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

> Appellant Senrick Wilkerson, an inmate, has filed an affidavit of inability to pay costs but has failed to file additional materials required by Chapter 14 of the Civil Practices and Remedies Code. After being notified that this appeal was subject to dismissal unless appellant fulfilled the missing Chapter 14 requirements, appellant did not adequately respond. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be dismissed.
>
> It is further **ORDERED** that appellant pay all costs incurred by reason of this appeal. It is further **ORDERED** that this decision be certified below for observance.
>
> Judgment rendered April 21, 2015.
>
> Judgment rendered by panel consisting of Justice Keyes, Bland, and Massengale.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

July 3, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

